James J. Arendt, Esq.   Bar No. 142937
Roy C. Santos, Esq.    Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF MODESTO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | CASE NO. 1:10-CV-02180-AWI-GSA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |
| CITY OF MODESTO, | |
| Defendant. | Complaint Filed: 11/21/10<br>Trial Date: TBA |

The parties, through their respective counsel, hereby stipulate to continue the scheduling conference from June 20, 2011 to July 20, 2011.

DATED: June 15, 2011        WEAKLEY & ARENDT, LLP


                      By:   /s/ Roy C. Santos
                            James J. Arendt
                            Roy C. Santos
                            Attorneys for Defendant City of Modesto


DATED: June 15, 2011        THIMESCH LAW OFFICES


                      By:   /s/ Timothy S. Thimesch
                            Timothy S. Thimesch
                            Attorneys for Plaintiff Geneva Lema

---

Stipulation and Order

**ORDER**

IT IS HEREBY ORDERED that the scheduling conference currently set for June 20, 2011 be continued to July 20, 2011, at 9:30 a.m. in Courtroom 10.  The parties are advised that further stipulations to continue the scheduling conference will not be entertained, or granted, by this Court.

IT IS SO ORDERED.

Dated:   **June 16, 2011**                         /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE