**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. 148213
  tim@thimeschlaw.com
GENE A. FARBER, ESQ. 44215 – Of Counsel
  genefarber@gmail.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401

Attorneys for Plaintiff GENEVA LEMA

JAMES J. ARENDT, ESQ. (Bar No. 142937)
ROY C. SANTOS, ESQ. (Bar No. 259718)
WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant CITY OF MODESTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF MODESTO; DOES 1 THROUGH 50, Inclusive,<br><br>             Defendants.<br>_____ / | CASE NO. 1:10-CV-02180-AWI-GSA<br>Civil Rights<br><br>**ORDER DECLINING TO ADOPT THE PARTIES' STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>**Telephonic Scheduling Conference:**<br>Date:    July 20, 2011<br>Time:   9:30 AM<br>Place:   Courtroom 10<br>Judge:  Hon. Gary S. Austin<br><br>**[CONFERENCE WILL BE TELEPHONIC]** |

   To accommodate Plaintiff's Counsel, who represents that he is currently on vacation

/ / /

/ / /

/ / /

**Stipulation and Order to Continue Scheduling Conference:**
**Case No. 1:10-CV-02180-AWI-GSA**

and out of state, the Parties stipulate and request a one week continuance of the Conference to July 27, 2011 at 9:30 a.m., in Courtroom 10.

Dated: July 19, 2011

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH

/s/ Authorized Signed
Attorneys for Plaintiff
NEVA LEMA

Dated: July 19, 2011

JAMES J. ARENDT, ESQ.
ROY C. SANTOS, ESQ.
WEAKLEY & ARENDT, LLP

/s/ Roy C. Santos
Attorneys for Defendant
CITY OF MODESTO

**ORDER**

**This Court DECLINES TO ADOPT the parties' Stipulation to continue the scheduling conference set for July 20, 2011, at 9:30 a.m. in Courtroom 10. The parties were advised on June 16, 2011, that "further stipulations to continue the scheduling conference [would] not be entertained." Moreover, the Stipulation is plainly untimely. The parties shall appear by telephone as previously ordered, and will be prepared to set all dates and deadlines as required by this Court.**

IT IS SO ORDERED.

Dated: **July 19, 2011**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE