# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MODESTO,<br><br>    Defendant.<br>_____ | 1:10-cv-02180 AWI GSA<br><br>**ORDER SETTING MATTER FOR TELEPHONIC STATUS CONFERENCE**<br><br>**ORDER ADVISING PARTIES REGARDING THIS COURT'S PROCEDURE FOR DISPOSITION OF DISCOVERY MOTIONS** |

    Within the last two days, six pleadings have been filed with this Court. Following review of these pleadings, and subsequent to this Court's order regarding Defendant's ex parte application, the Court SETS a TELEPHONIC STATUS CONFERENCE for **January 23, 2012, at 10:00 a.m.** The parties shall arrange a one-line conference call before calling the chambers line at (559) 499-5960.

    Additionally, in light of the discovery motion set before this Court on February 3, 2012, the parties are ADVISED that *personal appearances are required; no telephonic appearances will be permitted*. Furthermore, the parties are encouraged to work together during meet and confer sessions prior to the hearing. However, if a resolution is not reached prior to the hearing

1

on the motion, the parties shall be required to participate in a meet and confer session with each other and the undersigned on February 3, 2012, at 9:30 a.m., which will last through the morning and possibly extend into the afternoon.  Finally, the parties are advised that they must file a joint statement pursuant to Local Rule 251(c) no later than seven days prior to the hearing.  Failure to timely file the joint statement will result in the removal of this motion from the Court's calendar.

   IT IS SO ORDERED.

   Dated:   **January 5, 2012**                              /s/ **Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE