James J. Arendt, Esq.        Bar No. 142937
Roy C. Santos, Esq.          Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, CITY OF MODESTO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | CASE NO. 1:10-CV-02180-AWI-GSA |
| Plaintiff, | |
| v. | **ORDER ADOPTING WITH MODIFICATION STIPULATION TO** |
| CITY OF MODESTO, | **AMEND THE SCHEDULING ORDER** |
| Defendant(s). | |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered by this Court *with the modifications noted*, that the Scheduling Order, Doc. No. 13, be amended and that the discovery deadlines, dispositive, and non-dispositive motion filing deadline be rescheduled. There is good cause for extending these dates. In hindsight it appears that the deadlines agreed to in the Scheduling Order were a bit too optimistic. Plaintiff recently provided Defendant with a complete settlement demand and consideration of said demand will take time which is not currently allotted for within the Scheduling Order. Also, should the parties be unable to reach settlement the added time will enable both sides to properly prepare their respective cases for trial. Furthermore, the proposed amended deadlines do not alter the pretrial conference nor the trial date as agreed to in the Scheduling Order, Doc. No. 13.

///

///

_____
Stipulation and Order

Based on the foregoing, IT IS HEREBY STIPULATED:

| DEADLINE | CURRENT | NEW |
|---|---|---|
| Non-Expert Discovery | 2/09/2012 | 3/15/2012 |
| Expert Disclosure | 1/03/2012 | 3/01/2012 |
| Supplemental Expert Disclosure | 2/03/2012 | 3/15/2012 |
| Expert Discovery | 3/09/2012 | 4/01/2012 |
| Non-Dispositive Motions | 3/16/2012 | 4/15/2012 |
| Dispositive Motions | 4/06/2012 | **4/15/2012\*** |

DATED: February 2, 2012				WEAKLEY & ARENDT, LLP


					By:	/s/ Roy C. Santos
						James J. Arendt
						Roy C. Santos
						Attorneys for Defendant City of Modesto

DATED: February 2, 2012				THIMESCH LAW OFFICES


					By:	/s/ Timothy S. Thimesch
						Timothy S. Thimesch
						Attorneys for Plaintiff Geneva Lema

---
Stipulation and Order                    2

**ORDER**

The parties' stipulation is **ADOPTED AS MODIFIED**. The expert disclosure deadline is extended *nunc pro tunc* from January 3, 2012, to March 1, 2012. The dispositive motion deadline is extended to **April 15, 2012, only,** as any further extension does not comport with Chief Judge Anthony W. Ishii's scheduling requirements regarding this deadline (6-8 weeks between dispositive motion deadline and pretrial conference). All other deadlines are adopted as outlined above.

IT IS SO ORDERED.

**Dated:   February 3, 2012**            /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE